IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALEXIS HERRERA                                                                PLAINITFF

v.                                     Case No. 4:17-cv-04086

COOPER TIRE & RUBBER COMPANY                                    DEFENDANT

### ORDER

Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 14).  The parties have informed the Court that all claims in this case have been fully settled and compromised.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this lawsuit with prejudice as to all claims between them.  Accordingly, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order.  The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 20th day of July, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge